# United States Court of Appeals
## For the First Circuit

No. 16-1681

UNITED STATES OF AMERICA,

Appellee,

v.

JOSEPH BUFFIS,

Defendant-Appellant.

**ERRATUM SHEET**

The opinion for this Court issued August 14, 2017, is amended as follows:

On page 8, line 11:  change "egro" to "ergo"